**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSE AMADO GARCIA,

                    Plaintiff,

-v-

ANDREW M. SAUL,
Commissioner of Social Security,
                    Defendant.
-----------------------------------------------------------X

19 **CIVIL** 7236 (ER)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 19, 2019, that this action is reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
            December 20, 2019

                                          **RUBY J. KRAJICK**
                                              **Clerk of Court**
                **BY:**
                                              _____
                                              **Deputy Clerk**